IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TAQUEISHA DUKES,**

       Plaintiff,

  vs.                     Civil Action 2:07-CV-1311
                         Judge Graham
                         Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner
of Social Security,**

       Defendant.

## ORDER

On February 5, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is **AFFIRMED** and this action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4, 42 U.S.C. §405(g).

                                          S/ James L. Graham
                                          James L. Graham
Date: Mar. 2, 2009            United States District Judge